UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-02790-Sanchez

UNITED STATES OF AMERICA,

v.

MARSHALL VIVIAN HARRIS,

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?
   No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *Kevin D. Gerarde*
Kevin D. Gerarde
Assistant United States Attorney
FL Bar No.   113844
11200 NW 20th Street, Suite 101
Miami, FL 33172
Tel: 305-715-7648
Email: Kevin.Gerarde@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Marshall Vivian Harris,<br><br>_Defendant_ | )<br>)<br>) Case No. 23-mj-02790-Sanchez<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _between February 23, 2023, and April 25, 2023,_ in the county of _Miami-Dade, and elsewhere,_ in the _Southern_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Unlawful Dealing of Firearms Without a License |
| 18 U.S.C. § 922(o)(1) | Unlawful Transfer or Possession of a Machine Gun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Alexis J. Kelly_
_Complainant's signature_

Alexis Kelly, Special Agent ATF
_Printed name and title_
(Badge No. 2930)

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: April 26, 2023

_Judge's signature_

City and state: Miami, Florida    Hon. Eduardo I. Sanchez, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alexis J. Kelly, having been first duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since June 2021. I am currently assigned to the ATF Miami Field Division, Group I. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been trained on the subject of firearms and narcotics trafficking and have been personally involved in investigations concerning narcotics trafficking, weapons trafficking, violent crimes, and organized criminal enterprises. I have received specialized training in firearms and narcotics investigations and identification as well as the laws pertaining to search and seizure.

2. More specifically, I have participated in investigations of subjects for engaging in the business of dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A) and the unlawful transfer or possession of a machinegun, in violation of Title 18 United States Code, Section 922(o)(1), in the Southern District of Florida.

## PROBABLE CAUSE

3. This affidavit is submitted in support of a complaint for the arrest of Marshall Vivian HARRIS for engaging in the business of dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A) and for the unlawful transfer or possession of a machinegun, in violation of Title 18 United States Code, Section 922(o)(1), in the Southern District of Florida.

4. The facts listed in this affidavit are known personally to me or have been provided to me by other law enforcement officers participating in the investigation. This affidavit is provided solely for the purpose of establishing probable cause to arrest HARRIS. Accordingly, this affidavit does not contain all of the facts known to me and other law enforcement concerning the investigation.

5. In February 2023, I began investigating HARRIS for his involvement in illegal firearm and machinegun sales. During the investigation, I have learned that Wisler Majeure JACQUES obtains firearms and machineguns from HARRIS and sells them to others in the Southern District of Florida. I have learned that HARRIS illegally builds firearms and machineguns, which are referred to as "privately made firearms" ("PMFs"), and believe JACQUES' source of supply ("SOS") of these firearms is HARRIS. Based on surveillance and audio/video recordings of six controlled purchases from JACQUES using an ATF confidential source ("CS") and an ATF Undercover Agent ("UC"), I believe JACQUES and HARRIS are unlawfully dealing firearms without a license and unlawfully possessing and transferring machineguns.

**February 23, 2023, Controlled Purchase of Two Firearms**

6. On or about February 15, 2023, JACQUES sent a text message photo to the CS depicting two rifles. JACQUES sent a text message accompanying this photo that said, "300 black out and 556." I understand "300 black out" and "556" to refer to the caliber of each rifle. JACQUES also wrote, "$1500 each," which I understand to be the purchase price for the rifles. JACQUES acknowledged that the rifles were "clean," stating "yes definitely you know that don't do dirty." JACQUES also confirmed the firearms were machineguns, stating, "there fully auto."

7. After originally planning to purchase the two machineguns on February 16, the deal was postponed until one week later, on February 23.

8. On February 23, 2023, agents prepared the CS for the deal by ensuring he did not have any other cash or contraband. The agents equipped the CS with an audio/video recording device and gave him $3,000 in U.S. currency to pay for the rifles.

9. The CS and JACQUES exchanged the cash for firearms at the Stadium Hotel located at 21485 NW 27th Avenue in Miami Gardens. JACQUES arrived driving his 2013 burgundy-colored Toyota Highlander with Florida License Plate KQGI75, exited the vehicle with a large black duffel bag containing the two machineguns, placed them in the backseat of the CS's vehicle, and sat in the backseat of the CS's vehicle. The CS paid JACQUES $3,000 U.S. currency for the two machineguns then they both left the Stadium Hotel. The CS's audio/video recording device captured this transaction. Agents followed the CS to a secure location and seized the two machineguns the CS purchased from JACQUES.

10. Neither rifle had a serial number, which is indicative of a PMF, and one of the rifles had an auto-sear device installed, which allows the rifle to function as a machinegun and shoot fully automatic.

### March 7, 2023, Controlled Purchase of Four Firearms

11. On or about March 7, 2023, the CS purchased four more machineguns from JACQUES, each of which had an auto-sear installed. Leading up to this transaction, JACQUES sent the CS a picture of the four rifles. The CS replied to the message, "Ok they said as long as it's fully no problem." JACQUES went on to discuss one of the four rifles that was larger than the

others, stating "6.5 rounds damn sniper rifle that's fully there going to love you for this one ...." I understand the references to the firearms being "fully" to mean fully automatic, or a machinegun.

12. Like the prior transaction, agents prepared the CS for this deal by clearing him of cash and contraband and equipping him with an audio/video recording device. The agents gave the CS $6,500 to purchase the four machineguns.

13. The CS met JACQUES at the same Stadium Hotel in Miami Gardens to exchange the cash for machineguns. JACQUES arrived driving his Toyota Highlander, walked over to the CS's vehicle to get a black duffel bag from the CS, then returned his Toyota Highlander to put the machineguns in the bag. Then, JACQUES placed the duffel bag with the machineguns in the CS's back seat. JACQUES sat in the front seat of the CS's vehicle and accepted $6,500 U.S. currency as payment for the firearms. After exchanging the cash and firearms, JACQUES returned his Toyota Highlander and departed the area. The CS met with the agents at a secure location and relinquished custody of the four machineguns.

14. Only one of the four firearms had a serial number, and all appeared to be PMFs based on the lack of manufacturer markings. Each of the four firearms had an auto sear installed.

15. On or about March 13, 2023, ATF obtained a court authorized GPS tracking warrant for the Toyota Highlander with Florida tag KQGI75.

**March 17, 2023, Controlled Purchase of Twelve Firearms**

16. On or about March 17, 2023, an ATF UC purchased twelve PMFs from JACQUES at an ATF Undercover Field Location ("UCFL") in Miami Dade County, FL. JACQUES claimed all twelve PMFs were fully automatic and of the twelve firearms purchased, nine had auto-sears installed.

17.     The day before this transaction, law enforcement tracked JACQUES via the court authorized GPS tracker installed on the Toyota Highlander to 7351 NW 37th St, Unit 3, Hollywood, FL, 33024 (hereinafter referred to as "HARRIS' residence"), where HARRIS resides. JACQUES' vehicle remained at HARRIS' residence for the entire night.  The entry door to HARRIS' residence is not clearly visible from the street, however during an April 6, 2023, controlled purchase law enforcement used aerial surveillance to capture JACQUES exiting from HARRIS' residence carrying PMFs that he sold to the UC.

18.     On March 17, 2023, at approximately 9:30 a.m., law enforcement began fixed surveillance outside of HARRIS' residence, where the Toyota Highlander remained parked.

19.     At approximately 12:09 p.m., law enforcement observed JACQUES walking to his Toyota Highlander.  HARRIS also walked towards the vehicle.  After a short conversation, JACQUES and HARRIS returned toward HARRIS' residence.

20.     At approximately 1:10 p.m., law enforcement observed HARRIS and JACQUES walk towards the Toyota Highlander with JACQUES carrying what appeared to be a large blanket concealing one or more items.  He placed this bundle inside the vehicle as HARRIS opened the rear driver's door of the vehicle.

21.     A few minutes later, JACQUES departed HARRIS' residence and drove to the UCFL. Law enforcement tracked JACQUES' movement using the GPS tracker affixed to his Toyota Highlander and does not believe JACQUES made any stops prior to arriving to the UCFL.

22.     At the UCFL, JACQUES met with the CS and backed his Toyota Highlander into the bay of the UCFL. Next, the CS introduced JACQUES to the UC and entered the office area of the UCFL.

23.     JACQUES and the CS returned to the bay where they removed large blanket from the Toyota Highlander and carried this into the office. JACQUES opened the blanket and displayed the twelve rifles. The UC asked if they all had the drop in auto sear and if they were all fully automatic. JACQUES responded, "All of them are fully". The UC inspected the firearms and told JACQUES that some of the previously purchased firearms had some issues. JACQUES showed where the auto sear went in the rifles and described what he had done to the rifles to make them better than the last ones that he had sold.

24.     Ultimately, the UC paid JACQUES $21,600.00 U.S. currency for the twelve rifles and JACQUES agreed to bring three missing auto-sears the next time they met. While JACQUES counted the money, he told the UC that the metal auto sears would cost $1,000.00 apiece and said, "whatever guns they want, I can get them." Four still images from the video surveillance at the UCFL are included below. These images show JACQUES (1) carrying the large blanket containing the firearms, (2) holding one of the firearms, (3) seated at a table with all of the firearms in front of him, and (4) holding the $21,600 U.S. currency.







25.     After the transaction was complete, the CS and JACQUES walked outside where JACQUES paid the CS $1,200 U.S. currency for brokering the deal. At approximately 2:16 p.m., JACQUES returned to his Toyota Highlander and left the UCFL.

26.     Roughly an hour later, at approximately 3:08 p.m., law enforcement observed JACQUES arrive at HARRIS' residence where he parked his Toyota Highlander and walked toward the entryway. I believe the purpose of JACQUES returning to HARRIS' residence was to pay HARRIS for his role in the offense.

27.     None of the twelve firearms had a serial number, and all appeared to be PMFs based on the lack of manufacturer markings. Nine of the twelve firearms appeared to have auto-sears installed, allowing the firearms to function as machine guns.

### March 28, 2023, Controlled Purchase of One Firearm, Fifteen Auto-Sears, and Two Pistol Conversion devices

28.     On or about March 28, 2023, the UC purchased one fully automatic PMF, fifteen auto sears, and two pistol conversion devices, known as "switches" from JACQUES.

29.     On March 21, 2023, the UC called JACQUES to confirm the order and arrange a meeting, which they agreed would take place on March 28, 2023.

30.     On March 28, 2023, at approximately 12:45 p.m., law enforcement tracked the Toyota Highlander to HARRIS' residence and at approximately 2:42 p.m., JACQUES departed HARRIS' residence and drove his Toyota Highlander directly to the UCFL.

31.     JACQUES retrieved the firearm and firearms accessories from his Toyota Highlander, which consisted of one fully automatic PMF, fifteen auto sears, and two switches. The UC paid JACQUES $8,000 U.S. currency in exchange. A still image from the video surveillance at the UCFL showing JACQUES holding the PMF is included below.

32.     After leaving the UCFL, law enforcement knows JACQUES returend to HARRIS' residence based on GPS information from the Toyota Highlander. I believe the purpose of JACQUES returning to 7351 NW 37th St, Unit 3, Hollywood, FL, 33024 was to pay HARRIS for his role in the offense.

### April 6, 2023, Controlled Purchase of Eight Firearms and Six Auto Sears

33.     On or about April 6, 2023, the UC purchased eight PMFs and six auto sears from JACQUES. The UC and JACQUES arranged this deal on March 29 and the UC confirmed the order with JACQUES on April 5.

34.     On April 6, 2023, at approximately 9:00 a.m., law enforcement tracked the Toyota Highlander to HARRIS' residence. The Toyota Highlander remained at HARRIS' residence until approximately 2:35 p.m., at which time JACQUES departed the HARRIS' residence in his Toyota Highlander and drove to the UCFL. A still image from aerial surveillance showing JACQUES exiting HARRIS' residence carrying the white bag over his shoulder is pictured below.



35. At approximately 3:03 p.m., JACQUES arrived at the UCFL and backed into the bay. JACQUES exited his Toyota Highlander, retrieved a large white bag from the rear driver's side, and then went to retrieve something from the rear hatch area of his Toyota Highlander. JACQUES entered the office area of the UCFL with a white bag on his shoulder and a clear baggie in his hand. JACQUES placed the white bag and the clear baggie on the desk which contained the firearms and auto-sears. JACQUES said that he had removed the auto sears from the rifles, because he did not want to drive with them in the firearms and that he would give the UC six extra auto-sears because he was late to the transaction. The UC examined the auto-sears and asked JACQUES if he had made them. JACQUES confirmed that he did make them. JACQUES began installing the auto sears into the firearms.

36. The UC gave JACQUES $14,400 in order to purchase the eight fully automatic PMFs and six auto sears. After JACQUES left the UCFL, law enforcement knows he returned to HARRIS' residence based on the GPS information from the Toyota Highlander. I believe the purpose of JACQUES returning to HARRIS' residence was to pay HARRIS for his role in the offense.

**April 17, 2023, Controlled Purchase of Twenty-Seven Auto-Sears**

37. On or about April 17, 2023, the UC purchased twenty-seven auto sears from JACQUES. The UC arranged this deal with JACQUES on April 13, at which time they agreed to meet on April 17.

38. On April 17, 2023, at approximately 8:50 a.m., law enforcement saw the Toyota Highlander at HARRIS' residence. At approximately 12:25 p.m., JACQUES departed HARRIS' residence in his Toyota Highlander and drove to the UCFL.

39. At approximately 12:56 p.m., JACQUES arrived to the UCFL, and pulled into the bay. JACQUES retrieved a plastic baggie from the rear hatch of his Toyota Highlander and followed the UC into the office. The plastic bag contained twenty-seven auto sears. The UC paid JACQUES $5,250 U.S. currency for the auto sears.

40. While JACQUES was still at the UCFL, the UC placed an order with JACQUES for ten PMFs and twenty auto sears that JACQUES would deliver on April 25, 2023. JACQUES affirmed that he could have the order complete for the UC on that date. JACQUES wrote the order down on a yellow post-It note. JACQUES said that he needed to retrieve his phone to add the order and returned to the office with three cell phones. JACQUES told the UC that the cost would be $25,000 U.S. currency. After finalizing details, JACQUES exited and departed the area in his Toyota Highlander. Two still images from the video surveillance at the UCFL are included below. These images depict JACQUES placing the clear bag on the desk and writing the April 25, 2023, order on a post-It note.





**April 25, 2023, Investigatory Stop of JACQUES driving the TARGET VEHICLE**

41.   On April 25, 2023, at approximately 9:25 a.m., law enforcement saw the Toyota Highlander outside of HARRIS' residence.  At approximately 9:28 a.m., law enforcement saw JACQUES exit HARRIS' residence carrying one or more items covered by a white sheet and put these items in his Toyota Highlander.

42.   Law enforcement followed the Toyota Highlander out of the area and conducted an investigatory of the Toyota Highlander.  Once JACQUES pulled over, law enforcement placed

him under arrest for engaging in the business of dealing in firearms without having a license, in violation of Title 18, United States Code, Section 922(a)(1) and possession of a machine gun, in violation of Title 18, United States Code, Section 922(o)(1).

43. Law enforcement did not search the Toyota Highlander and towed it to the Davie Police Department, located at 1230 S Nob Hill Rd, Davie, FL 33324, pending a search warrant.

## April 25, 2023, Search of HARRIS' Residence

44. On April 25, 2023, at approximately 935 a.m., law enforcement executed a search warrant on HARRIS' residence at 7351 NW 37th St, Unit 3, Hollywood, FL, 33024. HARRIS was detained outside of his apartment. Inside law enforcement personnel found 3d printing equipment and technology, extensive firearm manufacturing equipment and tools, including a desktop Computerized Numerical Control ("CNC") mill machine, specifically made to manufacture firearm parts, in plain view. In addition, law enforcement found order receipts for gun parts, ledgers, and leftover remnants of firearms manufacturing, all of which indicates that HARRIS was manufacturing firearms inside his residence. Investigators also found a finished pistol frame, four lower receivers that had been drilled, both of which qualify as firearms, and ammunition which is prohibited for convicted felons.

45. On April 25, 2023, at approximately 12:11 p.m., law enforcement interviewed HARRIS. HARRIS was read his *Miranda* warnings and signed off that he understood his rights as they were explained to him. HARRIS denied having any firearms inside the apartment but admitted to having manufacturing equipment. HARRIS stated that he had been attempting to build himself a firearm for protection and that he uses the tools and equipment to repair firearms for others. HARRIS admitted to attempting to print auto sears via the 3d printer and using 3d printer

codes. He stated that he attempted to fit the auto sears he had printed into the firearms that he "cut" himself but they "didn't work". HARRIS denied knowing anything about the firearms and auto sears recovered in the investigative traffic stop of JACQUES after he left HARRIS' residence.

46. Based on my training, experience, and knowledge of this investigation, I believe that HARRIS use a 3d printer to manufacture the auto-sears. Further, I know that neither JACQUES nor HARRIS is a licensed importer, manufacturer, or dealer of firearms and, therefore, neither is permitted to engage in the business of importing, manufacturing, or dealing firearms. In fact, HARRIS is a convicted felon who is prohibited from even possessing firearms.

47. Based on these facts, there is probable cause to believe that, between February 23, 2023, and April 25, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, HARRIS did knowingly and willfully engage in the business of importing, manufacturing, or dealing firearms in violation of Title 18, United States Code, Section 922(a)(1)(A), and did knowingly and willfully possess a machine gun, in violation of Title 18, United States Code, Section 922(o)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

*Alexis J. Kelly*
ALEXIS KELLY, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __26th__ day of April 2023.

*Eduardo Sanchez*
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE