UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-20198-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARSHALL VIVIAN HARRIS,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on September 14, 2023 [ECF No. 30].   To date, no party has filed an objection.  Being fully advised, it is

ORDERED AND ADJUDGED that the Report [ECF No. 30] is AFFIRMED AND ADOPTED, and Defendant's guilty plea is accepted.

DONE AND ORDERED in Miami, Florida, this 19th day of September, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record